**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01191-WDM-CBS

DAWN GRADY,

    Plaintiff,

v.

JEFFERSON COUNTY, COLORADO,
JEFFERSON COUNTY BOARD OF COUNTY COMMISSIONERS,
JEFFERSON COUNTY SHERIFF TED MINK, in his individual and official capacities,
JEFFERSON COUNTY SHERIFF DEPARTMENT CHIEF DAVID WALCHER, in his individual and official capacities,
DEPUTY JENNIFER GARNETT, in her individual and official capacities, and
NURSES JANE DOES 1 and 2,

    Defendants.

_____

**PLAINTIFF'S UNOPPOSED MOTION TO FILE AMENDED COMPLAINT**
_____

Plaintiff, DAWN GRADY, by and through counsel, Darold Killmer, Mari Newman and Sara Rich of KILLMER, LANE & NEWMAN, LLP, submits her Unopposed Motion to File Amended Complaint[1] as follows:

Plaintiff filed her Complaint on June 6, 2007 to which Defendants responded with their Answer and Partial Motion to Dismiss on August 13, 2007.  Pursuant to the Scheduling Order dated August 23, 2007, the deadline for Joinder of Parties and Amendment of Pleadings is October 8, 2007.[2]  Plaintiff seeks to file this Amended Complaint to:

1. Withdraw her claims for Outrageous Conduct against Defendants Sheriff Mink and Chief Walcher;

---

[1] The Amended Complaint is being filed simultaneously with the filing of this Motion.

[2] As October 8, 2007 is a federal holiday and the courts are closed, Plaintiff files this Motion on October 9, 2007.

2. File a certification pursuant to C.R.S. § 13-20-602(3)(a) stating that Plaintiff's counsel have consulted with a nurse with expertise in the area of the alleged negligent conduct who has reviewed all known facts relevant to the allegations of negligent conduct and concluded that the filing of the claims against the Defendants does not lack substantial justification within the meaning of C.R.S. § 13-17-102(4); and

3. Add an additional state law claim against Defendants Jefferson County, Jefferson County Board of County Commissioners and Sheriff Mink and Chief Walcher for Negligent Training and Supervision.

## CERTIFICATION PURSUANT TO D.C.COLO. LCIvR. 7.1

Counsel for Plaintiff, Sara Rich, certifies that she conferred with counsel for Defendants, Writer Mott, who stated that Defendants do not object to the relief sought by this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order Granting Plaintiff's Unopposed Motion to File Amended Complaint, and accept as filed Plaintiff's Amended Complaint and for any further relief as justice so requires.

DATED this 9th day of October 2007.

KILLMER, LANE & NEWMAN, LLP

s/ Darold W. Killmer
_____
Darold W. Killmer
Mari Newman
Sara J. Rich
1543 Champa Street, Suite 400
Denver, Colorado 80202
(303) 571-1000
(303) 571-1001 (fax)
dkillmer@killmerlane.com
mnewman@killmerlane.com
srich@killmerlane.com

ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2007 I served a true and correct copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION TO FILE AMENDED COMPLAINT** via electronic mail and U.S. Mail, addressed to the following individuals:

Writer Mott:   wmott@jeffco.us
Assistant County Attorney
100 Jefferson County Pkwy., Ste. 5500
Golden, CO 80419

ATTORNEY FOR DEFENDANTS JEFFERSON COUNTY, COLORADO, JEFFERSON COUNTY BOARD OF COUNTY COMMISSIONERS, JEFFERSON COUNTY SHERIFF TED MINK, JEFFERSON COUNTY SHERIFF DEPARTMENT CHIEF DAVID WALCHER AND DEPUTY JENNIFER GARNETT

        KILLMER, LANE & NEWMAN, LLP

        *s/ Sara J. Rich*
        _____