**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-01191-WDM-CBS

DAWN GRADY,

    Plaintiff,

v.

JEFFERSON COUNTY, COLORADO,
JEFFERSON COUNTY BOARD OF COUNTY COMMISSIONERS,
JEFFERSON COUNTY SHERIFF TED MINK, in his individual and official capacities,
JEFFERSON COUNTY SHERIFF DEPARTMENT CHIEF DAVID WALCHER, in his individual and official capacities,
DEPUTY JENNIFER GARNETT, in her individual and official capacities, and
NURSES JANE DOES 1 and 2,

    Defendants.

_____

**ORDER**
_____

    UPON Plaintiff's <u>Unopposed</u> Motion to File Amended Complaint (Doc. No. ___), the

Court, being fully advised in the premises and for good cause shown, hereby:

    GRANTS Plaintiff's Motion and accepts the Amended Complaint as filed.

    DATED this _____ day of _____ 2007.

                                     BY THE COURT:

                                                     _____

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the _____ day of _____ 2007, a true and correct copy of the foregoing ORDER was caused to be served using the CM/ECF system to the following:

Darold W. Killmer:  dkillmer@killmerlane.com
Mari Newman:  mnewman@killmerlane.com
Sara J. Rich:  srich@killmerlane.com

ATTORNEYS FOR PLAINTIFF

Writer Mott:  wmott@jeffco.us

ATTORNEY FOR DEFENDANTS JEFFERSON COUNTY, COLORADO, JEFFERSON COUNTY BOARD OF COUNTY COMMISSIONERS, JEFFERSON COUNTY SHERIFF TED MINK, JEFFERSON COUNTY SHERIFF DEPARTMENT CHIEF DAVID WALCHER AND DEPUTY JENNIFER GARNETT

                                                _____
                                                              CLERK OF COURT