IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01191-WDM-CBS

DAWN GRADY,

    Plaintiff,

v.

JEFFERSON COUNTY, COLORADO,
JEFFERSON COUNTY BOARD OF COUNTY COMMISSIONERS,
JEFFERSON COUNTY SHERIFF TED MINK,
in his individual and official capacities;
JEFFERSON COUNTY SHERIFF DEPARTMENT CHIEF DAVID WALCHER,
in his individual and official capacities;
DEPUTY JENNIFER GARNETT,
in her individual and official capacities; and
NURSES JANE DOES 1 and 2,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Extension of Time to Serve Summons and Complaint on Defendant Nurses Jane Does 1 and 2 (*doc. no. 28)* is **GRANTED**. The deadline is extended to **November 23, 2007**.

IT IS FURTHER ORDERED that Plaintiff's Unopposed Motion to File Amended Complaint (*doc. no. 32)* is **GRANTED**. As of the date of this order, the clerk's office is instructed to accept for filing, the amended complaint and jury demand (*doc no. 32-2*) tendered to the court on October 9, 2007.

**DATED:**    October 10, 2007