IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01191-WDM-CBS

DAWN GRADY,

    Plaintiff,

v.

JEFFERSON COUNTY, COLORADO,
JEFFERSON COUNTY BOARD OF COUNTY COMMISSIONERS,
JEFFERSON COUNTY SHERIFF TED MINK,
in his individual and official capacities;
JEFFERSON COUNTY SHERIFF DEPARTMENT CHIEF DAVID WALCHER,
in his individual and official capacities;
DEPUTY JENNIFER GARNETT,
in her individual and official capacities; and
NURSES JANE DOES 1 and 2,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendants' Unopposed Motion to Vacate Settlement Conference (*doc. no. 58)* is **GRANTED**. The December 4, 2007 settlement conference is **VACATED**.

    IT IS FURTHER ORDERED that a telephonic status conference is set for **February 6, 2008 at 10:45 a.m. (Mountain Time)**. Counsel shall create a conference call, and then contact the Court at (303) 844-2117 to participate in the hearing.

**DATED:**    November 21, 2007