IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-01191-WDM-CBS

DAWN GRADY,

    Plaintiff,

v.

JEFFERSON COUNTY, COLORADO, et al,

    Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendants' Motion for Leave to Supplement/Correct Partial Motion to Dismiss Plaintiff's Amended Complaint (Doc #75), filed December 6, 2007 is granted.

Dated: December 7, 2007

                                        s/ Kathy Preuitt-Parks, Deputy Clerk