## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 07-cv-01191-WDM-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: December 28, 2007 | Courtroom Deputy: Bernique Abiakam |

| | |
|---|---|
| DAWN GRADY, | Darold W. Killmer |
| | Sara J. Rich |
| **Plaintiff,** | |
| v. | |
| JEFFERSON COUNTY, CO, et al., | Writer Mott |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:** MOTIONS HEARING
**Court in Session:** 2:32 p.m.
Court calls case. Appearances of counsel.

Preliminary remarks by the Court.

2:33 p.m.    Argument by Mr. Mott. Questions by the Court.

2:46 p.m.    Argument by Mr. Killmer.

**ORDERED:** Motion For Independent Physical Medical Examination of Plaintiff Pursuant To Fed.R.Civ.P.35 (Filed 10/29/07; Doc. No. 45) is DENIED WITHOUT PREJUDICE. Counsel is granted leave to re-file as to the issue of where the IME should take place. Both parties should brief the filing regarding timing and location of the IME.

**ORDERED:** Plaintiff's Second <u>Unopposed</u> Motion For Two-Week Extension of Time To File Response To Defendants' Partial Motion To Dismiss Plaintiff's Amended Complaint (Filed 11/29/07, Doc. No. 72) is DENIED AS MOOT.

2:55 p.m.    Argument by Mr. Killmer. Questions by the Court.

**ORDERED:** **Plaintiff's Motion To Modify Scheduling Order With Respect To Expert Deadlines (Filed 11/29/07; Doc. No. 71**) is GRANTED as follows:

> Parties shall designate affirmative experts **on or before February 1, 2008.**
> Parties shall designate rebuttal experts **on or before March 3, 2008.**

**No other extensions will be granted on these deadlines.**

HEARING CONCLUDED.

**Court in Recess**: **3:16 p.m.**
Total In-Court Time:    00:44