IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01191-WDM-KMT

DAWN GRADY,

    Plaintiff,

v.

JEFFERSON COUNTY BOARD OF COUNTY COMMISSIONERS,
JEFFERSON COUNTY SHERIFF TED MINK, in his individual and official capacities,
JEFFERSON COUNTY SHERIFF'S DEPARTMENT CHIEF DAVID WALCHER, in his individual and official capacities, and
DEPUTY JENNIFER GARNETT, in her individual and official capacities,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Defendants' Unopposed Motion to Stay Case" (#121, filed May 15, 2008) is GRANTED. The parties have up to and including June 1, 2008 in which to file a status report or stipulated motion to dismiss.

Dated: May 23, 2008